

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: U.S. Plastic Lumber Corp. and U.S.     Case No. 04-33579-PGH
Plastic Lumber IP Corpor                                      Chapter 11

_____Debtor_____/

# APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, <u>American Property Locators, Inc.</u>, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ __6,104.55__, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. § 2041 as unclaimed funds held in the name of __Wachovia Bank, N.A.__. Applicant further states that:

1.    (Indicate one of the following items:)

___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under

LF-27 (rev. 06/02/08)            Page 1 of 3

whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

_X_ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

___ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.     Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3.     Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

Dated: 4/20/11

Wachovia Bank, N.A.
Name Under Which Funds Were Deposited

_____48_____
Claim Number

Wells Fargo Bank, N.A. successor to Wachovia Bank, N.A.
Name of Party On Whose Behalf Application Was Filed*

Address: Unclaimed Property
MACP6103-05A
PO Box 3908

Portland, OR  97208-3908

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____

Tax ID (EIN #) 73-1425193

Greg Griffith, Locator
Print Name and Title of Applicant

American Property Locators, Inc.
Print Company Name

3855 S Boulevard, Suite 200
Print Street Address

Edmond, OK  73013
Print City and State

(405) 340-4900
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on April 20, 2011

NOTARY PUBLIC, AT LARGE
STATE OF OKLAHOMA



LF-27 (rev. 06/02/08)         Page 3 of 3

## LIMITED POWER OF ATTORNEY

I, the undersigned, do affirm my authority to sign this limited power of attorney on behalf of the entity named herein.

Under my authority to receive certain funds or property in the amount of $6,104.55 (collectively, the "Property") owed to Wachovia Bank NA according to public records, and acknowledging that the Property is collectable by that entity known as Wells Fargo Bank, N.A. or its affiliates (collectively, "Wells Fargo"), as owner directly thereof, Wells Fargo does hereby:

(1) Appoint American Property Locators, Inc. ("Company") as its agent and assignee to act in its name and place, and for its benefit and on its behalf with the limited authority and power to demand and secure the Property from the following holder (the "Holder") thereof: U.S. Bankruptcy Court for the Southern District of Florida.

(2) If the Property is tangible personal property, the Holder is directed to deliver the Property to Company. If the Property is funds, the Holder is directed to issue a negotiable instrument in favor of Wells Fargo and deliver it to Company. To accomplish this limited purpose, I give Company the authority to appoint substitute attorneys in fact, to sign, execute, acknowledge, and deliver the required claims, affidavits, petitions, and other documents reasonably requested by the Holder. In no event shall Company (a) endorse, deposit, or negotiate any instrument issued to Wells Fargo; or (b) incur any financial obligation or expense on Wells Fargo's behalf.

(3) Declare this Limited Power of Attorney to be nonexclusive and revocable. This Limited Power of Attorney expires sixty (60) days from the date therof.

Witness my hand this ___ day of April, 2011.

Wells Fargo Bank, N.A.

By: _____

Cynthia A. Long, Assistant Vice President

Wells Fargo Bank, N.A.                Employer Identification No. : 94-1347393

State of Oregon, County of Multnomah

On April 16, 2011, the above-named Cynthia Long, known to me to be the individual described in [and holding the position designated in] the foregoing instrument, appeared before me and acknowledged the execution thereof to be her free act and deed.

Witness my hand and official seal.

Notary Public: _____

My commission expires: 12/02/2011

(SEAL) OFFICIAL SEAL
AMANDA JEAN CAMPBELL
NOTARY PUBLIC - OREGON
COMMISSION NO. A423923
MY COMMISSION EXPIRES DECEMBER 02, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  U.S. Plastic Lumber Corp. and          Case No. 04-33579-PGH
U.S. Plastic Lumber IP Corpor                  Chapter 11
_____Debtor_____/

## AFFIDAVIT OF CLAIMANT

I, _Cythia A Long_ , am (indicate status of claimant)

(   ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

(   ) the duly authorized representative for the claimant "business" _____; or

(   ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

(   ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( x ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to _American Property Locators, Inc._ a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $6,104.55 deposited in this court in the name of _Wachovia Bank, N.A._ and representing claim number _48_ (if no claim was filed write "scheduled" in blank space).

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

LF-28 (rev. 12/01/2009)          Page 1 of 2

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and ~~correct~~ to the best of my knowledge and belief.

Dated: 4/6/11

_____
signature of claimant or representative of "business" claimant

Cynthia A. Long
print name

Assistant Vice President
title

7393
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

Wells Fargo Bank, N.A.
UP Recoveries, MACP6103-05A
PO Box 3908, Portland OR 97208
address

(503) 721-5286
Phone number

___N/A___
signature of joint debtor (if applicable)

___N/A___
print name

___N/A___
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

Sworn to and Subscribed before me
on April 6, 2011.

_____
NOTARY PUBLIC, AT LARGE

STATE OF Oregon



OFFICIAL SEAL
AMANDA JEAN CAMPBELL
NOTARY PUBLIC - OREGON
COMMISSION NO. A423923
MY COMMISSION EXPIRES DECEMBER 02, 2011

## SECRETARY'S CERTIFICATE

## WELLS FARGO BANK, NATIONAL ASSOCIATION

I, Patricia A. Ruedenberg, hereby certify that I am an Assistant Secretary of Wells Fargo Bank, National Association, a national banking association organized and existing under the laws of the United States of America (the "Bank"), and I hereby further certify as follows:

1. The following is a true and correct extract from resolutions duly adopted by the Board of Directors of the Bank on November 25, 2003, as amended, and no further modification, amendment, rescission or revocation of such resolutions has occurred affecting such extract as of the date of this certificate.

**RESOLVED,** that agreements, instruments, or other documents, including amendments and modifications thereto, relating to or affecting the property or business and affairs of the Bank, whether acting for its own account or in a fiduciary or other representative capacity, may be executed in its name by the persons hereinafter authorized;

**FURTHER RESOLVED,** that for the purposes of these resolutions, "Executive Officer" shall mean any person specifically designated as an Executive Officer of the Bank by resolution of the Board of Directors, and "Signing Officer" shall mean the Chairman of the Board, the President, any Senior Executive Vice President, any Executive Vice President, any Senior Vice President, the Treasurer, any Vice President, any Assistant Vice President, any person whose title includes the word "Officer" (e.g., Commercial Banking Officer, Personal Banking Officer, Trust Officer), or any other person whose title has been or is hereafter designated by the Board of Directors as a title for an officer of the Bank, and such officers are hereby authorized to sign agreements, instruments and other documents on behalf of the Bank in accordance with the signing authorities conferred in Parts A, B and C of these resolutions;

\* \* \*

C. Signing Officers

**FURTHER RESOLVED,** that any Signing Officer, acting alone, may execute on behalf of the Bank, whether acting for its own account or in a fiduciary or other representative capacity:

\* \* \*

16. Tax returns and all reports, applications and other filings made with any federal, state or local governmental department, agency, body or official.

\* \* \*

2. On the date hereof, the following named persons were duly appointed, qualified and acting officers of the Bank, that their correct title appears beside their name, and that on said date they were duly authorized to act on behalf of the Bank as set forth in the foregoing resolutions:

| Name | Title |
|---|---|
| Barbara E. Briody | Vice President |
| Cynthia A. Long | Assistant Vice President |
| Johnnie M. McLaughlin | Assistant Vice President |

**IN WITNESS WHEREOF,** I have hereunto signed my name and affixed the seal of the Bank this 6th day of January, 2011.

[Seal] 

_____
Assistant Secretary

\* \* \* Redacted [Indicates portions of the resolution which have been omitted because they are not relevant to the transaction for which this certificate has been requested.]

S:\RUEDP01\WFB\Certifications\WFB - Briody-Long-McLghln Cert - C16.Doc

- 2 -

Case 04-33579-PGH    Doc 1686    Filed 04/25/11    Page 9 of 9



| | | | FFIEC home | Federal Reserve Board home |
|---|---|---|---|---|
| | | | Accessibility | Disclaimer | Privacy Policy |
| NIC Home | Institution Search | FBO Search | Top 50 BHCs | |
| BHCPR Peer Reports | FAQ | | | |

**Institution History for** WACHOVIA BANK, NATIONAL ASSOCIATION (484422)

8 institution history record(s) found.                                    < Previous  Page 1 ▼    Next >

| Event Date | Historical Event |
|---|---|
| 1959-12-31 | FIRST UNION NATIONAL BANK OF CHARLOTTE located at CHARLOTTE, NC was established as a National Bank. |
| 1968-05-04 | FIRST UNION NATIONAL BANK OF CHARLOTTE was **renamed** to FIRST UNION NATIONAL BANK OF NORTH CAROLINA. |
| 1982-04-05 | FIRST UNION NATIONAL BANK OF NORTH CAROLINA was **renamed** to FIRST UNION NATIONAL BANK. |
| 1986-07-25 | FIRST UNION NATIONAL BANK was **renamed** to FIRST UNION NATIONAL BANK OF NORTH CAROLINA and **moved** to 301 SOUTH TRYON STREET, FIRST UNION PLAZA CHARLOTTE, NC. |
| 1997-06-05 | FIRST UNION NATIONAL BANK OF NORTH CAROLINA was **renamed** to FIRST UNION NATIONAL BANK. |
| 2002-04-01 | FIRST UNION NATIONAL BANK was **renamed** to WACHOVIA BANK, NATIONAL ASSOCIATION and **moved** to 301 SOUTH TRYON STREET, WACHOVIA PLAZA CHARLOTTE, NC. |
| 2002-06-17 | WACHOVIA BANK, NATIONAL ASSOCIATION **moved** to 301 SOUTH COLLEGE STREET CHARLOTTE, NC. |
| 2010-03-20 | WACHOVIA BANK, NATIONAL ASSOCIATION was **acquired** by WELLS FARGO BANK, NATIONAL ASSOCIATION. |