ORDERED in the Southern District of Florida on MAY - 3 2011

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

n re: U.S. Plastic Lumber Corp. and U.S. Plastic Lumber IP Corpor

Case No. 04-33579-PGH

Chapter 11

_____Debtor_____/

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application by <u>American Property Locators, Inc.</u> on behalf of <u>Wells Fargo Bank, N.A. successor to Wachovia Bank, N.A.</u> and in accordance with the provisions of 28 U.S.C. § 2042 and Local Rule 3011-1(D), it is

**ORDERED** that, following review by the clerk of the sufficiency of the Application to Withdraw Unclaimed Funds and all supporting documents submitted, the clerk is directed to remit to <u>Wells Fargo Bank, N.A. successor to Wachovia Bank, N.A.</u> and, if applicable, the "funds locator" or attorney submitting the application, <u>American Property Locators, Inc.</u>, the sum of $<u>6,104.55</u> now held as unclaimed funds in the treasury for the original claimant <u>Wachovia Bank, N.A.</u> .

LF-29 (rev. 12/01/2009)                Page 1 of 2

If the applicant is a "funds locator" or attorney, the check for these funds shall issue in the name of the party on whose behalf the funds are being claimed and the "funds locator" or attorney.

### ###

**Copies to:**
Funds Recipient(s)
Funds Locator or Attorney (if applicable)
Creditor (if applicable)